IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF, AN INDIVIDUAL,
Appellant,

vs.

ROCKVIEW DAIRIES, INC.,
Respondent.

No. 79786

FILED

NOV 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL AND
DENYING MOTION FOR SANCTIONS*

This is a pro se appeal from a district court order granting a motion for summary judgment and dismissing a complaint. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

The challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because respondent's counterclaim remains pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs."). Although an arbitration award finding in favor of respondent on the counterclaim was entered on October 7, 2019, to date, it does not appear that any written, file-stamped district court order formally resolves the counterclaim. And no other statute or court rule authorizes an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction to consider this appeal and orders this appeal dismissed.

19-46917

Respondent's motion to dismiss this appeal is denied as moot. Respondent's request for sanctions against appellant is denied.

It is so ORDERED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:     Hon. Rob Bare, District Judge
        Marlene Rogoff
        The Galliher Law Firm
        Eighth District Court Clerk

_____

[1]Any aggrieved party may file a new notice of appeal once the district court enters a final judgment.